THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-221-D-4

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **AMENDED ORDER** |
| | ) |
| CORNELIUS VANDERGRIFT, | ) |
| | ) |
| Defendant. | ) |

Upon motion of the defendant, Cornelius Vandergrift, and for good cause shown, R.

Clarke Speaks is hereby ALLOWED to withdraw as counsel of record for the above captioned

case. The Federal Public Defender's Office is DIRECTED to appoint new counsel for the

defendant.

SO ORDERED. This **2 8** day of January 2015.

JAMES C. DEVER III
Chief United States District Judge